UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
           :
BRYAN VELAZQUEZ, *on behalf of himself and all*   :
*others similarly situated*,                           :
           :    23 Civ. 1635 (JPC)
           Plaintiff,  :
           :    <u>ORDER</u>
  -v-           :
           :
APEX FURNITURE, LLC,                      :
           :
           Defendant.  :
           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties to this case have reached a settlement governing all issues in dispute between them. Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by December 8, 2023 updating the Court on what progress has been made towards finalizing the settlement.

       SO ORDERED.

Dated: November 8, 2023
       New York, New York                         JOHN P. CRONAN
                                                    United States District Judge