

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 8, 2024

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:   *Velazquez v. Apex Furniture, LLC.*
      Case No.: 1:23-cv-01635-JPC

Dear Judge Cronan:

We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file the stipulation of dismissal.  The new due date would be February 7, 2024.  The requested extension will afford the parties an opportunity to finalize our settlement papers, a process that is well under way.

This is the second such request in this matter, as an extension was granted on December 13, 2023.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

/s/ Mark Rozenberg
By:  Mark Rozenberg, Esq.

The request is granted.  The parties shall file their stipulation of dismissal by February 7, 2024.

SO ORDERED.
January 8, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Court Judge